Carmela Staffa, administratrix of the estate of John Sposato, deceased, appellant, v. Jerome Fisher, appellee. Gen. No. 36,645.

 Opinion filed December 29, 1933.

Harry A. Silverstein, for appellant; Ben Copple, of counsel. Church, Haft, Robertson, Crowe & Spence, for appellee; Burt A. Crowe, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.